Wright, J.,
concurring in part and dissenting in part. I respectfully dissent from the court’s opinion in Parts I and II for the reasons I have stated previously in my dissents in State ex rel. Brennan v. Vinton Cty. Local Bd. of Edn. (1985), 18 Ohio St.3d 208, 210, 18 OBR 271, 273, 480 N.E.2d 476, 478, and State ex rel. Luckey v. Etheridge (1992), 62 Ohio St.3d 404, 407, 583 N.E.2d 960, 963. Relators received adequate notice and an opportunity to discuss the reasons for nonrenewal at the board meeting. This is sufficient to comply with R.C. 3319.02.
I concur in Part III of the majority’s opinion.
Moyer, C.J., and Holmes, J., concur in the foregoing opinion.